

# Fourth Court of Appeals
## San Antonio, Texas

January 11, 2022

No. 04-21-00522-CV

**IN THE INTEREST OF S.R.S., A CHILD**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2010EM505002
Honorable Nick Catoe Jr., Judge Presiding

# O R D E R

The filing fee of $205.00, which was due from appellant Scott Sinclair when this appeal was filed, has not been paid. The clerk of the court notified appellant of this deficiency in a letter dated November 22, 2021, and stated the fee must be remitted no later than December 3, 2021. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides:

> A party who is not excused by statute or these rules from paying costs must pay—at the time an item is presented for filing—whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

Appellant also has not filed a docketing statement or certified service of the notice of appeal on each court reporter, although the clerk of this court also notified appellant of these deficiencies and required corrective action.

We therefore ORDER appellant, **not later than January 21, 2022**, to either (1) pay the applicable filing fee or (2) provide written proof to this court that he is excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). Appellant is further ordered to file a docketing statement and certified service of the notice of appeal on each court reporter **not later than January 21, 2022**.

_____
Lori I. Valenzuela, Justice

FILE COPY

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of January, 2022.



MICHAEL A. CRUZ, Clerk of Court